# United States Court of Appeals
## For the First Circuit

No. 23-1969

UNITED STATES

Plaintiff, Appellee,

DEPARTMENT OF NATURAL RESOURCES OF THE COMMONWEALTH OF PUERTO
RICO,

Plaintiff,

v.

ERNST JACOB GMBH & CO. KG; SHIPOWNERS INSURANCE & GUARANTY
COMPANY, LTD.,

Defendants, Third-Party Plaintiffs, Appellants,

MARGARA SHIPPING LTD.; STEAMSHIP MUTUAL UNDERWRITING ASSOCIATION
LTD.,

Third-Party Defendants.

**ERRATA SHEET**

The opinion of this Court, issued on October 23, 2025, is
amended as follows:

On page 8, lines 11-12, replace <"belonging to, managed by,
held in trust by, appertaining to, or otherwise
controlled . . . by the United States, id.> with <"belonging to,
managed by, held in trust by, appertaining to, or otherwise
controlled . . . by the United States," id.>.

On page 16, line 1, replace <the parties held a status conference.> with <the parties held a conference.>.